IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TRUST FUND COMMITTEE, ADMINISTRATOR OF THE NEBRASKA PUBLIC POWER DISTRICT EMPLOYEES' RETIREMENT PLAN,**<br><br>Plaintiff,<br><br>vs.<br><br>**WELLS FARGO BANK, N.A., a national banking association;**<br><br>Defendant. | CASE NO. 8:12CV387<br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation and Joint Motion to Dismiss with prejudice (Filing No. 32). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The Court will not assess costs or attorneys' fees. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation and Joint Motion to Dismiss with prejudice (Filing No. 32) is approved;

2. The Amended Complaint filed in the above-captioned matter is dismissed with prejudice; and

3. The Court will not assess costs or attorneys' fees in this case.

Dated this 18th day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge